# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159273

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* E. SANCHEZ, Minor.

SC: 159273
COA: 342062
Ingham CC Family Div:
  15-000558-NA

_____/

On order of the Court, the application for leave to appeal the February 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2019



Clerk

t0423